# EXHIBITS

| Exhibit(s) of | | | Terrance Mason | |
|---|---|---|---|---|
| Terrance Mason | | | V. | |
| Plaintiff | | | Earnell Lucas, et al., | |
| Date | Identification NO: | Witness | Description | Offers, Objection Rulings, Exception |
| 12/7/18 | 1 | | Reveiw of Mental Health Video | |
| 12/7/2018 | 2 | | Grievance #18-002718 | |
| 12/8/2018 | 3 | | Incident Report #18-154111 | |
| 12/7/2018 | 4 | | Video Footage from Mental Health Unit | |
| 12/7/2018 | 5 | | Video Footage from Mental Health Unit | |
| 12/7/2018 | 6 | | Interview and result of the arrest for abuse | |

**NARRATIVE**

On Friday, December 7, 2018 I, Detective Dickson Woo was assigned to investigate a report of an assault by Correctional Officer Lieutenant Rashed J. Farrakhan (M/B ████/75) on inmate Terrance D. Mason (M/B ████/98) on November 14, 2018 at approximately 1338 hours in the Mental Health Unit (MHU) cell #1.

Detective Larell Lirette and JoAnn Donner assisted in the interviews of correctional officers that were present for the assault.

I was informed of the incident by Deputy Inspector Aaron Dobson and Captain Daniel Dittberner, who are the administrators of the Milwaukee County Jail. An inmate grievance was forwarded to them that was written by inmate Terrance Mason regarding the attack by CO Lieutenant Farrakhan. Inmate Mason's grievance stated that on November 14, 2018 at approximately 1400 hours in the MHU unit he was attacked by CO Lt. Farrakhan in his cell. CO Lt. Farrakhan had "Hit" his head against the cell wall and then he hit him in the jaw, chest, back and stomach until inmate Mason said he would behave. CO Lt. Farrakhan told him if he did not behave he would come back.

Inmate Mason has been in custody at the Milwaukee County Jail since June 12, 2018 on the charges of 1st degree Reckless Homicide, 1st degree Reckless injury and ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

Video from the Mental Health Unit on November 14, 2018 was then downloaded. The video was turned over to me by CID Lieutenant Tricia Carlson.

**Review of Mental Health Unit video from 11/14/18:**

A review of the video showed that at 13:39 hours inmate Mason was being escorted into cell #1 by Correctional Officer (CO) Rodney Collins, Phillip Overland and Lead CO Maurice Slocum. CO LaDonna Jones was following and CO Lt. Farrakhan behind everyone else. CO Collins was holding inmate Mason's left arm while CO Overland had his right arm. Inmate Mason was in a RIPP belt at this time. Lead CO Slocum was walking behind and holding onto the back of the RIPP belt. Inmate Mason was not wearing a shirt during this incident.

Inmate Mason was escorted to the back wall of the cell (13:39:51). CO Collins, Overland, Slocum and CO Lt. Farrakhan were with inmate Mason. CO Jones stood by the cell door behind them. CO Jones observed stepping out of the cell to give directions to someone. Movement could be observed of CO Lt. Farrakhan as he stood behind the other officers.

In the video the top view of the people in the cell is obscured by the outer wall of the subpod as they were in the back wall of the cell.



*Exhibit 1*



## CMS Grievance

Printed On: 01/21/21 09:20

| | | | |
|---|---|---|---|
| Grievance# | : 18-002718 | Grievance Type | : PI - Personnel Issue |
| SPN# | : 604019 | Inmate | : Mason, Terrance Deshaun |
| Grv Date & Time | : 12/07/2018 09:13 | | |
| | Building | Floor  Pod  Cell  Other | |
| Location | : CJF | FSN  SN  SN-C01 | |
| Reporting Officer | : KNKXN | Received Date & Time : 12/07/2018 09:14 | |
| Associated Incident | : | Status : Response Provided | |

**Details**

Mason, Terrance states he did not want to leave the bench so LT Farrahkan forced him to his cell. Mason states when LT Farrahkan asked a question he refused to answer so LT Farrahkan began to hit his head until he said okay. Mason states LT Farrahkan then took off his belt and hit him in the jaw, back, chest and stomach until he agreed to be good or he would continue to hit him.

**Response**

| | | | |
|---|---|---|---|
| Responding Officer | : KNKXN | Response Dttm | : 12/07/2018 09:19 |
| Response | : This grievance will be forwarded to the supervisor. | | |
| Disposition | : Founded | | |
| Supervisor | : | Review Dttm | : |
| Supervisor Cmts | : This has been turned over to CID on 12.7.18 | | |
| Forwarded To PF | : | Forwraded Dttm | : |

**Disposition Report Delivered To Inmate**

PF :  Delivered Dttm :

_____  _____
Inmate Signature  Date / Time

_____  _____
Reporting Officer Signature  Date / Time

_____  _____
Shift Supervisor Signature  Date / Time

Exhibit 2

| | Milwaukee County Sheriff's Office | | | Incident Report | | Date: 12/08/2018 |
|---|---|---|---|---|---|---|
| | Incident: Assault | | | | | |
| | Incident Report Number: 18-154111 | Between: Date - Time | | And/At: Date-Time 11/14/18 | 13:38 | |
| | Incident Location: 949 N 9th St, Milwaukee, WI, 53233 | | | | | |
| | CFS Code-1: 1399 | CFS Code-2: R644 | CFS Code-3: | Offense Code-4: | | |
| | CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: | | |

| | Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|---|
| V | Mason, Terrance Deshaun | ▇▇▇ 1998 | B/M |

Address: (Address, City, State, Zip)
2951 N 4th St, Milwaukee, WI, 53212

Home Phone Number

Employer: UnEmployed

Work Phone Number

Employer Address

Cell Phone Number

| Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|
| | | |

Address: (Address, City, State, Zip)

Home Phone Number

Employer

Work Phone Number

Employer Address

Cell Phone Number

## SUMMARY

CO Lieutenant Rashed Farrakhan assault on Inmate Terrance Mason and witnessed by other officers

Exhibit 3

Vehicle Information: (Year, Make, Model, Style, Color)

| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | | |
|---|---|---|---|---|---|---|
| Other Vehicle Information: | | | | | NCIC# | |
| Reporting Officer(s): Woo, Det Dickson | | | | Payroll Number: 128140 | | Report Date: 12/08/2018 |
| Time Received: 13:00:00 | Time Cleared: 13:00:00 | Unit(s) Assigned: | | Pages: | | 1 Of 20 |
| Reviewed by: Carlson, Lt Tricia M. | | Payroll Number: 124799 | | Copy To | | |

CFS Code-1: 1399

Incident Report Number: 18-154111

| Milwaukee County Sheriff's Office | | | Continuation |
|---|---|---|---|
| Incident Report Number<br>18-154111 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | | Incident Date:<br>12/07/2018 |

1. At 13:40:22 hours CO David Ledger arrived in the cell and stood behind CO Lt. Farrakhan.

2. CO Slocum is observed walking from left to right in the cell.

3. At 13:40:42 inmate Mason was moved to the left wall of the cell by CO Collins and Overland. It appeared inmate Mason still had on the RIPP belt.

4. At 13:40:46 CO Ledger and Jones stepped out of the cell as inmate Mason was being moved to the left wall. Lead CO Slocum then threw a blue mattress out of the cell into the dayroom. At this time CO Lt. Farrakhan was standing in the cell near inmate Mason, CO Collins and Overland.

5. At 13:40:53 hours CO Ledger and Jones returned into the cell.

6. The view of inmate Mason was obscured by the cell door.

7. Lead CO Slocum is observed standing to the left and behind inmate Mason, while CO Lt. Farrakhan is standing behind and to the right of inmate Mason.

8. At 13:41:06 hours CO Lt. Farrakhan is stepping forward towards inmate Mason but what he was doing was obscured by Lead CO Slocum. He then stepped back after a few seconds. CO Ledger was observed stepping to the left somewhat obscuring the view of CO Lt. Farrakhan.

9. At 13:41:08 hours CO Ledger, Slocum and CO Lt. Farrakhan took a step back for some reason.

10. At 13:14:14 hours Lead CO Slocum took a step forward.

11. At 13:41:19 hours CO Ledger and CO Lt. Farrakhan looked out towards the cell door as to see who was by the cell. CO Jones also looked behind her to see who was near her at this time as she was standing at the entrance into the cell.

12. At 13:41:22 CO Jones motioned for a white female CO to leave as he was approaching the subpod door. The female CO walked away then.

13. At 13:41:28.976 CO Lt. Farrakhan was observed stepping back and took off his glasses. At this time CO Slocum and Ledger stepped back.

14. At 13:41:32 hours CO Lead Slocum turned towards CO Collins at which time CO Collins left the cell. At this time CO. LT. Farrakhan was observed moving forward towards inmate Mason.

15. Inmate Mason could be somewhat observed through the cell door glass. It appeared as CO Lt. Farrakhan moved towards him, inmate Mason put his arms up. (13:41:25:256

Exhibit 4

| Reporting Officer(s):<br>Woo, Det Dickson | Payroll Number:<br>128140 | Pages:<br>3 Of 20 |
|---|---|---|

hours).

At 13:41:36 hours inmate Mason's arms appeared to be back down in front of him. As his arms went down CO Lt. Farrakhan was observed moving towards him again.

At 13:41:37:256 hours CO Lt. Farrakhan's right arm is observed going backwards then forwards. At this time CO Jones had stepped into the cell to see what was going on. Lead CO Slocum was obscured by CO Ledger standing behind him. Lead CO Slocum was standing to the left of CO Lt. Farrakhan as these movements of CO Lt. Farrakhan was observed.

At 13:41:39 hours inmate Mason moved to the back left corner of the cell. As CO Lt. Farrakhan moved to the left side of the room with Lead CO Slocum moving to the right side. CO Ledger was standing behind them and CO Jones was by the cell entrance. CO Overland could not be observed due to him standing against the right cell wall. CO Collins was observed behind CO Jones and then walking away.

At 13:41:43:696 hours, CO Lt. Farrakhan appeared to strike inmate Mason at least six times. CO Lt. Farrakhan's both arms were observed going forward and back as if he was hitting something and his upper torso was "Dipping" up and down with the motions of his arms. CO Lt. Farrakhan's left foot was in view as he was striking inmate Mason and it was pivoting as his left arm moved forward. (13:41:45:176 hours). CO Lead Slocum's body position was turned towards Inmate Mason as CO Lt. Farrakhan was hitting inmate Mason. CO Ledger and Jones watched the entire assault while still standing near the cell door.

At 13:41:53 CO Lt. Farrakhan was observed stepping away from inmate Mason. At this time CO Collins was observed walking back to the cell but he never re-entered the cell.

At 13:41:58 hours everyone started to exit the cell except inmate Mason.

At 13:42:03 hours as CO Overland handed CO Lt. Farrakhan his glasses and CO Lt. Farrakhan was then last to exit the cell. CO Overland was observed holding the RIPP belt as he exited.

At 13:42:27 everyone had exited the subpod.

---

**Interview of Deputy Sheriff Recruit Rodney D. Collins (M/B ███ /86):**

On Friday, December 7, 2018 at approximately 1325 hours I interviewed Deputy Sheriff Recruit Collins in MCSO CID interview room 3. I read Recruit Collins his Constitutional Rights which he stated he understood and was willing to answer my questions without an attorney. Recruit Collins signed the waiver of rights portion of the form.

(Exhibit 5)

hearing the sound of "punching" when CO Lt. Farrakhan was at the rear wall of the cell with inmate Mason. He agreed that CO Lt. Farrakhan was probably hitting inmate Mason.

When CO Overland asked CO Lt. Farrakhan if force was used for his report, CO Lt. Farrakhan told him, "No". He stated that CO Lt. Farrakhan never directed him how to write the report.

CO Overland denied having a conversation with CO Collins a couple days after the incident while in the men's locker room at the Milwaukee County Jail. He denied telling CO Collins that CO Lt. Farrakhan had given inmate Mason "Gut shots" when asked if CO Lt. Farrakhan had used force on inmate Mason.

Interview ended at 1625 hours.

---

Based on the interviews of CO Collins, Overland, CO Lt. Farrakhan by myself and interviews of CO David Ledger and Ladonna Jones by MCSO Detective Joann Donner and Larel Lirette, CO Lt. Farrakhan was placed under arrest for Abuse of resident of penal facility and Misconduct in Public office.

CO Lt. Farrakhan was escorted to the Milwaukee County Jail by Detective Lirette and Donner. CO Lt. Farrakhan was then transported to Racine County Jail by jail staff pending review by the District Attorney's office.

---

**Interview of inmate Terrance D. Mason M/B ▮▮▮▮▮98:**

On Saturday, December 8, 2018 at approximately 1030 hours I interviewed inmate Terrance Mason in the visiting room on the 2nd floor of the Milwaukee County Jail. Inmate Mason is currently housed in the Mental Health Unit and was also on November 14, 2018. I informed him that I wanted to speak with him regarding the grievance he wrote on November 17, 2018 about when CO Lt. Farrakhan had struck him numerous times while they were in his cell (Cell#1) at the Mental Health Unit at the Milwaukee County Jail.

According to inmate Mason he had asked for soap and the officers refused to give him any. He then became angry and covered his cell windows. CO Captain Sobek and Lead CO Slocum removed him out of his cell and placed him on a bench. He was restrained on the bench for 2 hours. When the officers told him he had to go back into his cell, inmate Mason told them he wanted to stay on the bench. CO Lt. Farrakhan, Lead CO Slocum and Jones arrived and removed him from the bench. CO Collins and Overland escorted him to his cell. He remember CO Lt. Farrakhan coming into the cell too. He then stated that CO Collins was on his left arm and CO Overland was on his right arm.

*Exhibit 6*